UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) No. 02C 0074 |
| v. | ) ) JUDGE HART |
| LADONNA STRICKLAND and MICHELLE STRICKLAND, | ) ) MAGISTRATE JUDGE ) SCAT BROWN |
| Defendants. | ) |

**COMPLAINT**

Plaintiff, the United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, brings this action for triple damages and civil penalties under the False Claims Act, 31 U.S.C. § 3729, *et seq.* and in the alternative, for repayment under theories of payment by mistake and unjust enrichment.

**Jurisdiction and Venue**

1.   This court has jurisdiction over this matter pursuant to 31 U.S.C. § 3730(a) and 28 U.S.C. § 1345.

2.   Venue is proper in the Northern District of Illinois pursuant to 31 U.S.C. § 3732(a), 28 U.S.C. § 1391, and 28 U.S.C. § 1395(a).

**Parties**

3.   The plaintiff is the United States of America on behalf of the United States Department of Education ("the Department").

4.   Defendants, LaDonna Strickland and Michelle Strickland, are domiciliaries of the State of Illinois and reside at 1490 Forest Avenue, Calumet City, Illinois 60409.

**Factual Background**

5. The United States provides student financial assistance in the form of Pell Grants and Supplemental Education Opportunity Grants (SEOG) to eligible students to help defray the costs of their education following high school.

6. The Pell and SEOG Grant programs are authorized by the Higher Education Act, Title IV, Part A. The Pell and SEOG Grant programs are administered by the Department and provide federal monies to eligible post-secondary students in financial need.

7. To qualify for Pell and SEOG Grants, students must meet financial eligibility requirements. The post-secondary institution determines a student's eligibility for grants based on the student's financial need, which involves an evaluation of income. If a student has been supported by his or her parents in the previous year, then the student is considered a dependent student and the parents' income for the previous year is used to determine financial need.

8. The post-secondary institution acts as the disbursement agent for the Department. Pell and SEOG Grant funds received from the Department are credited to the student's account and applied against tuition costs by the post-secondary institution.

9. In 1994 and 1995, defendant Michelle Strickland was supported by her mother, defendant LaDonna Strickland, and therefore was considered a dependent student.

10. In 1995-1996 and 1996-1997, to apply for student financial assistance for Michelle Strickland, the defendants submitted a financial aid application to the government using false income information. Based on the defendants' false income information, Michelle Strickland received two Pell Grants and two SEOGs.

11. But for the defendants' false statements and claims, defendant Michelle Strickland would not have received student financial aid.

12. As a result of the defendants' actions, the government has been damaged in the amount of $4,305.

## Count I

### False Claims Act — False Claims

13. Plaintiff repeats and realleges each allegation set forth above in paragraphs 1 through 12 as if set forth fully herein.

14. By virtue of the acts described above, in 1995-1996 and 1996-1997, the defendants knowingly presented, or caused others to present, to an officer, employee or agent of the United States false or fraudulent claims to obtain payment or approval in violation of the False Claims Act, 31 U.S.C. §§ 3729-3733.

15. As used in this count, the term "knowingly" means that the persons, with respect to information, (a) have actual knowledge of the information; (b) acts in deliberate ignorance of the truth or falsity of the information; or (c) acts in reckless disregard of the truth or falsity of the information.

16. Plaintiff paid the false or fraudulent claims because of the acts of the defendants and, as a result, the United States has incurred actual damages in the amount of $4,305, exclusive of interest and costs.

17. Pursuant to the False Claims Act, 31 U.S.C. § 3729(a)(1), as amended, the defendants may be liable to the United States under the treble damage and civil penalty provision of the False Claims Act for a civil penalty of not less than $5,000 and not more than $10,000 for each of the false

or fraudulent claims herein, plus three (3) times the amount of damages which the United States has sustained because of the defendants' actions.

## Count II

### Payment By Mistake

18. Plaintiff repeats and realleges each allegation set forth above in paragraphs 1 through 12 as if set forth fully herein.

19. Plaintiff made payments on the claims submitted by the defendants under the erroneous belief that the claims for payment were based upon representations which were factually accurate and which represented actual amounts of income.

20. Plaintiffs' erroneous belief was material to the payments made by plaintiff to the defendants.

21. Because of these mistakes of fact, the defendants have received monies to which they are not entitled.

22. By reason of the overpayments described above, plaintiff is entitled to damages in the amount of at least $4,305.

## Count III

### Unjust Enrichment

23. Plaintiff repeats and realleges each allegation set forth above in paragraphs 1 through 12 as if set forth fully herein.

24. Because of the defendants' conduct, the defendants have been unjustly enriched with federal monies which in good conscience they should not be allowed to retain.

4

25. The defendants have been unjustly enriched to the detriment of the United States in the amount of $4,305.

## Claim For Relief

WHEREFORE, plaintiff, the United States of America demands judgment against the defendants as follows:

(a) on Count I (False Claims), judgment against the defendants for treble the government's single damages of $4,305;

(b) on Count II (Payment by Mistake), judgment against the defendants for single damages, pre- and post-judgment interest, and any such further relief as the court deems appropriate; and

(c) on Count III (Unjust Enrichment), judgment against the defendants for single damages, pre- and post-judgment interest, and any such further relief as the court deems appropriate.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *Gina Brock*

GINA E. BROCK
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-7919

JS 44 (Rev. 3/99) ~~Cut~~ **CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
UNITED STATES OF AMERICA

**DEFENDANTS**
DONNA STRICKLAND and MICHELLE STRICKLAND

DOCKETED JAN 04 2002

02C 0074

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____ COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney'S (Firm Name, Address, and Telephone Number)
Gina Brock, Assistant United States Attorney
United States Attorney's Office
219 S. Dearborn St., 5th Floor, Chicago, Illinois 60604
(312) 353-7919

Attorneys (If Known)
MAGISTRATE JUDGE **JUDGE HART**
GERALDINE SOAT BROWN

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | ☒ 890 Other Statutory Actions |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

False Claims Act, 31 U.S.C. § 3729, et seq.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  **DEMAND $** _____  CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 01-03-2002  
SIGNATURE OF ATTORNEY OF RECORD: *Gina Brock*  
Gina Brock, Assistant United States Attorney

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.